**92–2244.** Webster v. Doctors Puttmann, Schwarz & Wiwi, Inc. *Hamilton County*, No. C–910591.

WRIGHT, J., dissents.

**92–2256.** Reschke v. Merola Ent., Inc. *Cuyahoga County*, No. 60957.

**92–2257.** Warner v. Lewis. *Allen County*, No. 1–92–65.

**92–2261.** State v. Vogelsong. *Franklin County*, No. 91AP–1282.

MOYER, C.J., and RESNICK, J., dissent.

**92–2262.** State v. Vogelsong's, Inc. *Franklin County*, No. 91AP–1283.

MOYER, C.J., and RESNICK, J., dissent.

**92–2264.** Anderson v. Blakeslee. *Stark County*, No. CA–8662.

RESNICK and F.E. SWEENEY, JJ., dissent.

**92–2271.** Dancer v. Allen Cty. Bd. of Commrs. *Allen County*, No. 1–91–81.

**92–2272.** Auto Owners Ins. Co. v. Motorists Mut. Ins. Co. *Butler County*, No. CA91–07–121.

**92–2274.** State ex rel. Bolin v. Ohio Environmental Protection Agency. *Summit County*, No. 15527.

**92–2296.** Akron v. Wilson. *Summit County*, No. 15565.

DOUGLAS, J., dissents.

**92–2298.** Wehri v. Countrymark, Inc. *Allen County*, Nos. 1–92–55 and 1–92–56.

DOUGLAS, J., dissents.

## REHEARING DOCKET

**91–1838.** State v. Knuckles. *Butler County*, No. CA89–11–159. Reported at 65 Ohio St.3d 494, 605 N.E.2d 54. On motion for rehearing. Rehearing denied.

RESNICK, J., dissents.

F.E. SWEENEY and PFEIFER, JJ., not participating.

**92–1818.** State v. Stark. *Fulton County*, No. 91FU000022. Reported at 65 Ohio St.3d 1466, 602 N.E.2d 1174. On motion for rehearing. Rehearing denied.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., not participating.

## DISCIPLINARY DOCKET

**92–1341.** Columbus Bar Assn. v. Luginbuhl. On motion regarding payment of board costs. Motion granted and thirty days allowed.

MOYER, C.J., dissents.

## MISCELLANEOUS DISMISSALS

**93–124.** State ex rel. John Deere Co. v. Bannon. In Procedendo. This case originated in this court on the filing of a complaint for a writ of procedendo. Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective January 26, 1993.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.